**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| YORK HOLDING, LTD. and YORK UNITED, INC., <br><br>    Plaintiff<br><br>v.<br><br>FREDRICK WAID,<br><br>    Defendant | Case No.: 2:23-cv-02029-APG-NJK<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that plaintiffs York Holding, Ltd. and York United, Inc.'s certificate of interested parties (ECF No. 2) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of each plaintiff as required by the amendment to that rule. For York Holding, Ltd., the certificate does not identify the citizenship of each member of the limited company. For York United, Inc., the certificate varyingly refers to this company as a corporation and a limited liability company. If it is a corporation, then the certificate must identify the place of incorporation and its principal place of business. If it is a limited liability company, then the certificate must identify the citizenship of each of its members.

I FURTHER ORDER the plaintiffs to file a proper certificate of interested parties by December 21, 2023.

DATED this 11th day of December, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE