**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| YORK HOLDING LTD, a Cayman Islands limited company; and YORK UNITED INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FREDRICK WAID, individually, and DOES 1 through 10,<br><br>Defendants. | Case No.: 2:23-cv-02029-APG-NGK<br><br>**ORDER FOR SUBSTITUTION OF COUNSEL** |

Pursuant to District of Nevada Local Rule LR IA 11-6, Plaintiffs YORK HOLDING LTD., and YORK UNITED INC. (collectively, "Plaintiffs") hereby substitute Jonathan D. Blum, Esq., and the law firm of Wiley Petersen in place of Jonathan W. Fountain, Esq., and the law firm Howard & Howard Attorneys PLLC to act as attorneys of record for Plaintiffs in this case.

DATED: this 14th day of December 2023.          DATED: this 14th day of December 2023.

YORK UNITED INC.                                              YORK HOLDING LTD.

By: *Guyan Liu*                                                        By: [signature]
Name: GUYAN LIU                                                Name: CHANGQING LIU
Title: Chief Executive Officer                                  Title: Director

1

I, Jonathan W. Fountain, Esq., on behalf of myself and my law firm, Howard & Howard Attorneys PLLC, hereby consent to the substitution of Jonathan D. Blum, Esq., and his law firm, Wiley Petersen, in our place and stead, to act as attorneys of record for Plaintiffs in this case.

DATED: this 14th day of December 2023.

**HOWARD & HOWARD ATTORNEYS PLLC**

By: /s/ Jonathan W. Fountain
Jonathan W. Fountain, Esq.
3800 Howard Hughes Pkwy, Suite 1000,
Las Vegas, NV 89169

I, Jonathan D. Blum, Esq., on behalf of myself and my law firm Wiley Petersen, hereby consent to substitute in as attorneys of record for Plaintiffs in this case in place of Jonathan W. Fountain, Esq., and his law firm, Howard & Howard Attorneys PLLC.

DATED: this 14th day of December 2023.

**WILEY PETERSEN**

By: /s/ Jonathan D. Blum
JONATHAN D. BLUM, ESQ.
Nevada Bar No. 09515
10000 West Charleston Blvd., Suite 230
Las Vegas, Nevada 89135
Telephone No.: (702) 910-3329
jblum@wileypetersenlaw.com

*Attorneys for Plaintiffs*
*YORK HOLDING, LTD, and YORK UNITED, INC.*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 18, 2023