# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| YORK HOLDING, LTD. and YORK UNITED, INC., <br><br> Plaintiffs <br><br> v. <br><br> FREDRICK WAID, <br><br> Defendant | Case No.: 2:23-cv-02029-APG-NJK <br><br> **Order Setting Hearing on Motion for Temporary Restraining Order** |

I will conduct a hearing on the plaintiffs' motion for temporary restraining order (ECF No. 14) on **January 5, 2024 at 9:30 a.m.** in Las Vegas courtroom 6C.  The plaintiffs must serve process on defendant Fredrick Waid as required by Federal Rule of Civil Procedure 4, along with a copy of this order, the motion, and all exhibits by **December 29, 2023**.  In addition, the plaintiffs must **immediately** hand-deliver to Mr. Waid's counsel copies of this order and all papers filed in this case.  By **January 2, 2024**, the plaintiffs must file a notice confirming service and delivery.  Mr. Waid may file a response to the motion for temporary restraining order by **12:00 noon on January 4, 2024**.

DATED this 27th day of December, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE