UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YORK HOLDING, LTD. and YORK UNITED, INC.,<br><br>Plaintiff<br><br>v.<br><br>FREDRICK WAID,<br><br>Defendant | Case No.: 2:23-cv-02029-APG-NJK<br><br>**Order Granting in Part Plaintiffs' Motion for Temporary Restraining Order**<br><br>**[ECF No. 14]** |

On January 5, 2024, I held a hearing on the Emergency Motion for Temporary Restraining Order (the "Motion") filed by plaintiffs York Holding Ltd. and York United, Inc. ("Plaintiffs").[1] ECF No. 28.

I ORDER that the plaintiffs' Motion **(ECF No. 14) is GRANTED in part**. Defendant Frederick P. Waid, and all those acting under, in concert with, or for him, are hereby enjoined and prohibited from taking the following actions:

    (1) Transferring the funds of York Holding Ltd., York United Inc., and/or their subsidiary entities outside of the "York Network," consisting of York Holding Ltd., York United Inc., and/or their subsidiary entities. In the event that any funds are transferred between entities in the York Network, Waid must promptly notify the Plaintiffs and provide documentation reflecting the transfer(s);

---

[1] At the heart of this lawsuit is a dispute as to who are the proper shareholders and representatives of York Holding Ltd. and York United, Inc. My order identifying these entities as the plaintiffs in this case shall not be construed to mean that I find the individuals behind the plaintiffs in this case (referred to at the hearing as the Liu group) are the proper shareholders. That question has not been finally resolved.

(2) Taking extraordinary action with respect to the assets or properties of York Holding Ltd., York United Inc., or their subsidiary entities, including any dissipation, transfer, or alienation of assets, beyond the ordinary day-to-day expenses necessary for the operation of York Holding Ltd., York United Inc., or their subsidiary entities, such as the payment of salaries, vendors, and benefits that need to be paid;

(3) Closing escrow on, selling, or otherwise disposing of any Florida real estate of York Holding Ltd., York United Inc., or their subsidiary entities without prior written approval of the Plaintiffs or the court;

(4) Making personnel decisions for York Holding Ltd., York United Inc., or their subsidiary entities, including hiring or firing individuals, absent extraordinary circumstances; and

(5) Communicating with any employee, student, or parent of York Holding Ltd., York United Inc., or their subsidiaries regarding any purported FBI or related investigation into York Holding Ltd., York United Inc., their shareholders, or their subsidiary entities, and regarding this lawsuit or the allegations in this lawsuit other than referring such people to the Joint Statement of the parties if the parties agree to a Joint Statement.  Waid is allowed to continue to have discussions about the operations of York Holding Ltd., York United Inc., and their subsidiaries with those people.

I FURTHER ORDER that the Plaintiffs, and all those acting under, in concert with, or for them, are enjoined and prohibited from communicating with any headmaster, faculty, staff, parent, student, developer, or vendor of York Holding Ltd., York United Inc. or their subsidiaries, regarding any purported FBI or related investigation into York Holding Ltd., York United Inc., their shareholders, or their subsidiary entities, or this lawsuit or the allegations in

this lawsuit, other than referring these people to the Joint Statement of the parties if the parties agree to a Joint Statement.

I FURTHER ORDER that the Plaintiffs, and all those acting under, in concert with, or for them, including Guyan Liu, are enjoined and prohibited from communicating with any employee, student, parent, developer, or vendor of York Holding Ltd., York United Inc. or their subsidiaries, concerning the operations of York Holding Ltd., York United Inc., or their subsidiaries.

This injunction became effective January 5, 2024 and will remain in effect until the next hearing in this matter, currently scheduled for February 9, 2024.

DATED this 19 day of January, 2024, *nunc pro tunc*, January 5, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE