UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YORK HOLDING, LTD. and YORK UNITED, INC.,<br><br>  Plaintiff<br><br>v.<br><br>FREDRICK WAID,<br><br>  Defendant | Case No.: 2:23-cv-02029-APG-NJK<br><br>**Order** |

William Batchelor, Jr. moves to intervene in this action. ECF No. 34. I do not rule on the motion to intervene at this time as the briefing deadlines have not passed. However, because Batchelor presents evidence and arguments that may bear on the issues to be addressed at the February 9, 2024 hearing, the parties should address in their supplemental briefs the arguments and evidence raised in the motion to intervene.

DATED this 19th day of January, 2024.

                                                                               ANDREW P. GORDON
                                                                               UNITED STATES DISTRICT JUDGE