# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| YORK HOLDING LTD., et al.,<br>    Plaintiff(s),<br>v.<br>FREDRICK P. WAID,<br>    Defendant(s). | Case No. 2:23-cv-02029-APG-NJK<br>**Order**<br>[Docket No. 50] |

Pending before the Court are initial disclosures filed by Intervenor William Batchelor, Jr. Docket No. 50. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. Local Rule 26-8; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: February 15, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1