# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

YORK HOLDING, LTD., et al.,

    Plaintiff(s),

v.

FREDERICK WAID,

    Defendant(s).

Case No. 2:23-cv-02029-APG-NJK

**Order**

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case. Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c). It does not appear that a certificate of interested parties has been filed by either Frederick Waid or William Batchelor, Jr. Waid and Batchelor must each file a certificate of interested parties by February 23, 2024.

IT IS SO ORDERED.

Dated: February 16, 2024

                                                       Nancy J. Koppe
United States Magistrate Judge