# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| YORK HOLDING, LTD. and YORK UNITED, INC., <br><br> Plaintiffs <br><br> v. <br><br> FREDRICK WAID and WILLIAM A. BATCHELOR, JR., <br><br> Defendants | Case No.: 2:23-cv-02029-APG-NJK <br><br> **Order Setting Discovery and Trial Schedule for Phase 1 of the Bifurcated Trial** |

The following schedule governs discovery and the bench trial for phase 1 of the bifurcated trial:

    Fed. R. Civ. P. 26(a)(1) Initial Disclosures: February 23, 2024

    Fed. R. Civ. P. 26(a)(2) Expert Disclosures: March 15, 2024; rebuttal expert disclosures April 5, 2024

    Discovery Cut-Off Date: April 15, 2024

    Fed. R. Civ. P. 26(a)(3) Pretrial Disclosures: April 22, 2024

    Calendar Call: May 7, 2024 at 9:00 a.m.  Trial briefs, witness and exhibit lists, and proposed findings and conclusions are due by noon this day.

    Trial Date: May 13-15, 2024 (3 days)

Discovery responses are due 14 days after service of discovery requests.

Depositions of party representatives may be conducted on seven days' notice.

Due to expedited discovery, depositions may need to be conducted on weekends or holidays.

    DATED this 20th day of February, 2024.

                                                          ANDREW P. GORDON <br>
                                                          UNITED STATES DISTRICT JUDGE