# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| YORK HOLDING, LTD. and YORK UNITED, INC., <br><br> Plaintiff <br><br> v. <br><br> FREDRICK WAID, <br><br> Defendant | Case No.: 2:23-cv-02029-APG-NJK <br><br> **Order Striking Certificate of Interested Parties** |

I ORDER that defendant William Batchelor, Jr.'s certificate of interested parties (ECF No. 60) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify Batchelor's citizenship as required by the amendment to that rule.

I FURTHER ORDER Batchelor to file a proper certificate of interested parties by March 6, 2024.

DATED this 21st day of February, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE