Jonathan D. Blum, Esq.
Nevada Bar No. 9515
**WILEY PETERSEN LAW**
10000 West Charleston Blvd., Suite 230
Las Vegas, Nevada 89135
Telephone: (702) 910-3329
Facsimile: (702) 553-3467
Email: jblum@wileypetersenlaw.com

Kevin A. Adams, *(admitted pro hac vice)*
kadams@mortensontaggart.com
Robert A. Schultz, *(admitted pro hac vice)*
Rschultz@mortensontaggart.com
**MORTENSON TAGGART ADAMS LLP**
300 Spectrum Center Drive, Suite 1200
Irvine, California 92618
Telephone: (949) 774-2224
Facsimile: (949) 774-2545

Attorneys for Plaintiffs
YORK HOLDING, LTD and YORK UNITED INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| YORK HOLDING LTD, a Cayman Islands limited company; and YORK UNITED INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> FREDRICK P. WAID, individually; WILLIAM BATCHELOR, intervenor, and DOES 1 through 10, <br><br> Defendants. | CASE NO. 2:23-cv -02029-APG-NJK <br><br> **STIPULATION AND ORDER TO DISMISS ALL CLAIMS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between, Plaintiffs York Holding LTD and York United Inc. (collectively, "Plaintiffs") by and through their undersigned counsel of record, and Defendant Fredrick P. Waid ("Defendant"), by and through his undersigned counsel of record, that all claims against FREDRICK P. WAID, arising out of Case No. 2:23-cv-02029 be withdrawn and dismissed, in their entirety, with prejudice, with each of the parties to bear their own attorney's fees and costs.

The parties further stipulate and agree that Plaintiffs have not asserted any claims against Defendant for violation of any fiduciary duties owed. In the event that any U.S. court or regulatory agency finds that shareholder contributions, financial reconciliations, tax or other regulatory filings, and/or the accountings of Plaintiffs or their subsidiaries are incomplete, the parties stipulate that Waid is not liable for any such issue.

**IT IS SO STIPULATED.**

**WILEY PETERSEN**

*/s/ Jonathan D. Blum*
_____
JONATHAN D. BLUM, ESQ.
Nevada Bar No. 9515
10000 West Charleston Blvd., Suite 230
Las Vegas, Nevada 89135
Email: jblum@wileypetersenlaw.com

Kevin A. Adams, *(admitted pro hac vice)*
kadams@mortensontaggart.com
Robert A. Schultz, *(admitted pro hac vice)*
Rschultz@mortensontaggart.com
**MORTENSON TAGGART ADAMS LLP**
300 Spectrum Center Drive, Suite 1200
Irvine, California 92618

*Attorneys for Plaintiffs*
YORK HOLDING, LTD and YORK
UNITED INC.

**KAEMPFER CROWELL**

 _/s/ Robert. McCoy_
ROBERT MCCOY, No. 9121
RALEIGH C. THOMPSON, No. 11296
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: rthompson@kcnvlaw.com

*Attorneys for Defendant Fredrick Waid*

<u>**ORDER**</u>

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: ___April 17, 2024_____

2